IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:08-mj-000034 TAG |
| | ) | 5:08-mj-000039 TAG |
| Plaintiff, | ) | 5:08-mj-000041 TAG |
| v. | ) | 5:08-mj-000042 TAG |
| | ) | 5:08-mj-000035 TAG |
| ADRIAN NEGRETE-HERNANDEZ, | ) | 5:08-mj-000036 TAG |
| JANET MARTINEZ, | ) | 5:08-mj-000038 TAG |
| JUAN DELGADO-MONTENEGRO, | ) | 5:08-mj-000037 TAG |
| "GUERITA," | ) | 5:08-mj-000040 TAG |
| ISMAEL CASAS, | ) | 5:08-mj-000032 TAG |
| MICHAEL RAMOS, | ) | |
| OLEGARIO TRUJILLO, | ) | |
| LUIS CORTEZ-MENDOZA, | ) | |
| ALEJANDRO MEJIA, and | ) | |
| PEDRO DELGADO-MONTENEGRO | ) | |
| | ) | |
| Defendants. | | |

ORDER TO UNSEAL ARREST WARRANTS AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

1 | Warrants in the above-entitled proceedings shall be unsealed.
2 | DATED: December 10, 2008

*[signature]*
THERESA A. GOLDNER
U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff,       )<br>)<br>      v.                   )<br>)<br>)<br>ADRIAN NEGRETE-HERNANDEZ, )<br>JANET MARTINEZ,             )<br>JUAN DELGADO-MONTENEGRO,   )<br>"GUERITA,"                   )<br>ISMAEL CASAS,                )<br>MICHAEL RAMOS,               )<br>OLEGARIO TRUJILLO,           )<br>LUIS CORTEZ-MENDOZA,         )<br>ALEJANDRO MEJIA, and         )<br>PEDRO DELGADO-MONTENEGRO,   )<br>)<br>      Defendants.           )<br>_____) | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG<br><br><br>APPLICATION TO UNSEAL CRIMINAL<br>COMPLAINTS AND ARREST WARRANTS |

   The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

   This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008            Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney
                               By:  /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

1